M. R. A., LTD., DBA TERRITORIAL COLLECTORS *v.* MRS. THELMA AKANA HARRISON, AKA MRS. THELMA M. AKANA HARRISON, FORMERLY KNOWN AS MRS. THELMA AKANA, AKA MRS. DAVID Y. K. AKANA, AND HAWAIIAN AMALGA PAVE, LTD., AND COOKE TRUST COMPANY, LIMITED, AND WILLIAM'S MORTUARY, LIMITED, GARNISHEES.

No. 4046.

FILED JANUARY 26, 1959.                    DECIDED APRIL 6, 1959.

RICE, C. J., STAINBACK, J., AND CIRCUIT JUDGE DYER
IN PLACE OF MARUMOTO, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing filed herein by Thelma Akana Harrison, defendant-appellant, is denied without argument.

*Robert G. Dodge (Heen, Kai, Dodge & Lum)* for Mrs. Thelma Akana Harrison, defendant-appellant, for the petition.